UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23781-CIV-UNGARO/O'SULLIVAN

THE AFFILIATI NETWORK, INC.,

    Plaintiff,

v.

JOHN NEILL, individually, and 1135270
BC LTD d/b/a APEX LIFE LABS,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court on the Plaintiff's Verified Motion for Attorneys' Fees Against Defendant (DE # 23, 1/17/20). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordinlgy, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Verified Motion for Attorneys' Fees Against Defendant (DE # 23, 1/17/20) on or before January 31, 2020. The failure to file a response may result in an Order granting the Plaintiff's Verified Motion for Attorneys' Fees Against Defendant (DE # 23, 1/17/20) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 17th day of January, 2020.

                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE